IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS LITTLEJOHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VIVINT SOLAR, | ) Case No. |
| | ) |
| Defendant. | ) |
| | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOUGLAS LITTLEJOHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VIVINT SOLAR, | ) Case No. 16-CV-09446-NLH-JS |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO QUASH OR MODIFY SUBPOENA

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Vivint Solar, by its undersigned counsel, hereby moves the Court to quash or modify the subpoena (the "Subpoena")

served by Plaintiff Douglas Littlejohn ("Plaintiff") upon nonparty TransUnion LLC ("TransUnion"). The Subpoena is improper for two reasons. First, it seeks to compel nonparty TransUnion to produce documents that exceed the scope of discovery orders entered in this case. Second, the Subpoena seeks the disclosure of protected documents in violation of Rule 45(d)(3)(A)(iii) and the disclosure of sensitive consumer information and Vivint's confidential and proprietary company information in violation of Rule 45(d)(3)(B)(i). The grounds for this Motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

Dated: February 20, 2018

*Jenny Perkins*

Daniel JT McKenna, Esquire
mckennad@ballardspahr.com
Jenny N. Perkins, Esquire
perkinsj@ballardspahr.com
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: 215.864.8321
Facsimile: 215.864.8999

*Attorneys for Defendant Vivint Solar*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that February 20, 2018, true and correct copies of the forgoing were filed and served upon all parties to this action via Hand Delivery via a Process Server and the Court's CM/ECF system.

*/s/ Jenny Perkins*
Jenny N. Perkins