IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS LITTLEJOHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VIVINT SOLAR, | ) Case No. |
| | ) |
| Defendant. | ) |
| | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOUGLAS LITTLEJOHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VIVINT SOLAR, | ) Case No. 16-CV-09446-NLH-JS |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATION OF COUNSEL**

I, Jenny N. Perkins, of full age, certifies as follows:

1. I am an attorney at law in the State of Pennsylvania, and am an associate at the law firm of Ballard Spahr LLP, attorneys for Defendant, Vivint Solar, in the above-

captioned matter. I make this Certification based upon my personal knowledge and in support of Defendant's Motion to Quash or Modify.

   2. A true and correct copy of the February 8, 2018 subpoena *duces tecum* and subpoena *ad testificandum* served upon TransUnion LLC ("TransUnion"), is attached as **Exhibit A.**

   3. A true and correct copy of the January 20, 2018 complaint in *Christine and Timothy Droney v. Vivint Solar*, Case No. Case 1:18-cv-00849 is attached as **Exhibit B**.

   4. A true and correct copy of the September 21, 2017 Order entered by the Honorable Joel Schneider, U.S.M.J., filed under Docket Number 1:16-cv-09446 is attached as **Exhibit C**.

   5. A true and correct copy of October 19, 2017 subpoena *duces tecum* and subpoena *ad testificandum* served upon the Better Business Bureau, is attached as **Exhibit D**.

   6. A true and correct copy of the February 15, 2018, letter from Counsel for Vivint Solar to Counsel for Plaintiff requesting withdrawal of the TransUnion subpoena is attached as **Exhibit E**.

   7. A true and correct copy of the February 15, 2018, letter from Counsel for Plaintiff to Counsel for Vivint Solar responding to the request for withdrawal of the TransUnion subpoena is attached as **Exhibit F**.

DMEAST #33315934 v2

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Jenny N. Perkins