# EXHIBIT C

[Doc. No. 18]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DOUGLAS LITTLEJOHN,

                    Plaintiff,

        v.                                    Civil No. 16-9446 (NLH/JS)

VIVINT SOLAR,

                    Defendant.

## O R D E R

The Court having held oral argument on plaintiff's Motion
to Compel Discovery [Doc. No. 18] on September 19, 2017; and the
Court having received defendant's response [Doc. No. 21]; and
this Order intending to confirm the Court's rulings made on the
record; and for the reasons stated on the record,

IT IS HEREBY ORDERED this 21st day of September, 2017, that
plaintiff's Motion to Compel Discovery is GRANTED in part and
DENIED in part; and it is further

ORDERED as follows:

1.   For the five (5) years prior to the date the complaint
was filed, defendant Vivant Solar shall produce all complaints,
letters and administrative complaints from Pennsylvania, New
Jersey and Delaware, wherein it was alleged Vivant Solar pulled
the credit report of a customer or prospective customer without
consent.

1

2.    All    portions    of    Mr.    Chamberlain's    personnel    or employee file concerning the pulling of credit reports shall be produced.

3.    Plaintiff's request for "Prospective Customer Forms" from Littlejohn's neighborhood is DENIED.

4.    Defendant shall produce the foregoing discovery by October 4, 2017.

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

2