# EXHIBIT F

# FLITTER MILZ, P.C.

CONSUMERSLAW.COM

ATTORNEYS AT LAW

DIRECT DIAL: 610-668-0018
AMILZ@CONSUMERSLAW.COM

**ANDREW M. MILZ**
PA & NJ BAR

RESPOND TO: __NJ__

February 15, 2018

**Via Email & U.S. Mail**
William P. Reiley, Esquire
Ballard Spahr
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Email: ReileyW@ballardspahr.com

**RE:   Douglas Littlejohn v. Vivint Solar, Inc.**
**U.S.D.C. D.N.J Civil Action No. 16-cv-09446 (NLH-JS)**

Dear Mr. Reiley,

I am in receipt of your letter dated February 15, 2018 at which point you asked Plaintiff to withdrawal his subpoenas addressed to Equifax and TransUnion. These subpoenas will _not_ be withdrawn. The subpoenas are valid and enforceable.

Should you file your ill-advised Motion to Quash, we will respond by providing the Court with ample record evidence supporting the information sought from the two credit bureaus, e.g., the dozens of consumer complaints in our possession about impermissible pulls and Vivint Solar's corporate testimony that the ostensible permissible purpose conveyed to the CRAs is contained in the contracts with the CRAs.

Any motion to quash would be meritless on its face, and simply drive up the costs of this case. Equifax and TransUnion are copied on this letter, and instructed to comply with the subpoenas as drafted absent entry of a protective order by the Court.

Very truly yours,

ANDREW M. MILZ

AMM:osl
cc:   Daniel JT McKenna, Esquire (via email)
      Jenny N. Perkins, Esquire (via email)
      Equifax Information Services, LLC
      TransUnion, LLC

**PHILADELPHIA**
450 N. NARBERTH AVE., STE. 101
NARBERTH, PA 19072
610-266-7863
610-667-0552 (FAX)

**SCRANTON**
216 N. BLAKELY STREET
DUNMORE, PA 18512
570-216-3210
888-668-1225 (TOLL FREE)

**NEW JERSEY**
525 ROUTE 73 SOUTH, STE. 200
MARLTON, NJ 08053-9644
856-396-0600
855-839-5035 (FAX)